USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

MT. HAWLEY INSURANCE COMPANY,

                            Plaintiff,

-against-

                            21-CV-6473 (VEC)

AEGEAN LAND HOLDINGS, LLC,    ORDER

                            Defendant.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 27, 2021, Mt. Hawley Insurance Company ("Mt. Hawley") filed a partial motion to dismiss Aegan Land Holdings, LLC's ("Aegan") counterclaims, Dkt. 30;

WHEREAS pursuant to Rule 4(E) of the undersigned's Individual Practices in Civil Cases and Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, the non-moving party may amend its pleading instead of responding in opposition to the motion and if the non-moving party elects to do so, the previously filed motion to dismiss will be denied as moot; and

WHEREAS in lieu of responding in opposition to the motion, Aegan filed amended counterclaims, Dkt. 33;

IT IS HEREBY ORDERED that Mt. Hawley's partial motion to dismiss is DENIED as moot.

The Clerk of Court is respectfully directed to close the open motion at docket entry 30.

**SO ORDERED.**

Date: January 24, 2022
New York, New York

                                             **VALERIE CAPRONI**
                                             **United States District Judge**